**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: Z.A.B., A MINOR   : No. 608 EAL 2014
                                                       :
                                                       :
                                                       : Petition for Allowance of Appeal from the
                                                       : Order of the Superior Court
                                                       :
PETITION OF: E.B., MOTHER          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 22nd day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.